IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEVRO CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| NALU MEDICAL, INC., | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Nevro Corp. ("Nevro"), for its Complaint against Defendant Nalu Medical, Inc. ("Nalu"), alleges as follows:

1.  This action concerns Nalu's infringement of Nevro's United States Patent Nos. 10,471,258 and 9,333,358 (attached as Exhibits 1-2 hereto). Nevro files this action to stop Nalu's deliberate infringement of Nevro's patents protecting its proprietary high frequency, paresthesia-free technology.

## NATURE OF THE ACTION

2.  Chronic pain is a significant health problem that affects more Americans than diabetes, heart disease, and cancer combined. Nevro's pioneering spinal cord stimulation technology dramatically improves the quality of life of individuals suffering from chronic pain.

3.  Spinal cord stimulation ("SCS") therapy attempts to relieve pain by delivering short electrical pulses to the spinal cord through small electrodes that are implanted near the spinal cord. While SCS technology has been on the market for decades, a groundbreaking pivotal study established that Nevro's patented SCS technology is significantly more effective than traditional SCS therapy.

4. Traditional SCS therapy delivers "low frequency" electrical pulse waveforms, on the order of 50 to 60 Hz, to generate a sensation known as paresthesia. Paresthesia is commonly experienced as a tingling, numbness, buzzing, or pins-and-needles sensation. The paresthesia is used to mask, or cover, the patient's area of pain. In theory, the patient feels the paresthesia and feels less pain.

5. Traditional, paresthesia-based low frequency SCS therapy has significant failings that reduce its efficacy and limit its applicability. It is not effective in a large portion of the population, and, even when it works, the pain relief is limited. Paresthesia also narrows the applicability of SCS therapy because patients often experience uncomfortable stimulations or even jolting sensations during movement, which can impair sleep or preclude driving a car while receiving therapy.

6. Nevro was founded to provide a solution to chronic pain without the drawbacks of traditional low frequency SCS therapy. After years of research and development work, Nevro has brought to market an SCS therapy that differs dramatically from traditional SCS therapy. Nevro's differentiated SCS therapy uses a unique "high frequency" electrical waveform to provide pain relief without generating paresthesia. Nevro protected this breakthrough technology by securing extensive U.S. and international patent protection.

7. Nalu is a medical device company that makes and sells the Nalu Neurostimulation System. Nalu represents that the Nalu Neurostimulation System delivers SCS therapy at frequencies up to 10,000 Hz. Nalu has FDA clearance to promote therapy with the Nalu Neurostimulation System at frequencies up to 1,500 Hz. Nalu represents that the therapy provided by the Nalu Neurostimulation System is paresthesia-free. Nalu has made commercial sales of the Nalu Neurostimulation System in the United States and plans a full commercial

launch in 2020. Nevro brings this action to obtain redress for Nalu's infringement and to prevent harm to Nevro's core business.

## PARTIES

8. Plaintiff Nevro is a Delaware corporation with its principal place of business at 1800 Bridge Pkwy, Redwood City, CA 94065.

9. Defendant Nalu is Delaware corporation with its principal place of business at 2320 Faraday Avenue, Suite #100, Carlsbad, CA 92008.

## JURISDICTION AND VENUE

10. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and § 1338(a) (patents).

11. This Court has personal jurisdiction over Nalu as Delaware is Nalu's state of incorporation.

12. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1400(b), as Delaware is Nalu's state of incorporation.

## BACKGROUND FACTS

### Nevro's Pioneering Technology

13. Nevro was founded in 2006 to develop a novel SCS technology for the treatment of chronic pain. Nevro's SCS systems, known as the Senza® system, Senza II™ system and Senza Omnia™ system (together, the "Senza systems"), utilize Nevro's unique and patented HF10® therapy. Among other distinctions, Nevro's HF10 therapy employs a much higher frequency than traditional "low frequency" SCS therapies. In its commercial embodiment, Nevro's HF10 therapy provides electrical pulses to the spinal cord at a rate of

10,000 pulses per second (10,000 Hz or 10 kHz), as compared to traditional SCS therapies that utilize low frequency stimulation, typically between 50 Hz and 60 Hz.  While the Senza systems are also capable of delivering traditional low frequency SCS therapies, HF10 therapy has been, and remains, Nevro's differentiated therapy and its front-line solution for patients with chronic pain.  The Senza systems, with their related subcomponents, are Nevro's only products.

14. Unlike traditional low frequency SCS therapy, Nevro's Senza systems and HF10 therapy provide pain relief without generating paresthesia.  Nevro's advances represent a paradigm shift in SCS therapy.  Before FDA approval of Nevro's Senza systems, every commercial SCS system sought to create paresthesia in the patient by using low frequency stimulation waveforms.[1]  Paresthesia was not merely a side effect of low frequency stimulation, but was thought to be essential to providing pain relief.

15. Because Nevro's approach was fundamentally different from others in the market, the FDA put Nevro to a rigorous test.  To obtain FDA approval, Nevro was required to prove that its therapy is paresthesia-free and that its therapy was clinically effective even though it is paresthesia-free.  To definitively establish its results, the FDA required Nevro to test its Senza system in an FDA-monitored randomized controlled trial in a head-to-head comparison against a commercially available low frequency SCS system.  The commercial system that was chosen was Boston Scientific's Precision Plus device—Boston Scientific's most advanced SCS system at the time.  In a landmark finding, the controlled trial found Nevro's Senza system and HF10 therapy to be nearly twice as effective as Boston Scientific's paresthesia-based low frequency SCS system in providing pain relief.

---

[1] Paresthesia is a sensation usually described as tingling, pins and needles, or numbness.

16.     The first generation Senza system was approved by the FDA on May 8, 2015, for sale in the United States.  The FDA recognized Nevro's pioneering technology by approving Nevro's Senza system with a "superiority" labeling—a designation that is rare in the medical device field.  The superiority labeling indicates that Nevro's HF10 therapy provides statistically superior efficacy when compared to the commercially available paresthesia-based low frequency SCS therapy tested in the controlled trial.

17.     Nevro defied the conventional wisdom and demonstrated that effective pain relief could be achieved without paresthesia.  Nevro's Senza systems provide more effective pain relief to a greater percentage of patients.  Traditional, low frequency SCS therapy has limited use.  For example, patients with predominant back pain are seldom seen as good candidates for traditional SCS therapy because it is anatomically difficult to cover the back with paresthesia.  In contrast, Nevro's Senza systems and HF10 therapy provide significant and sustained pain relief for *both* back and leg pain.

18.     Importantly, Nevro's Senza systems and HF10 therapy also provide patients with greater freedom of movement and activity.  Paresthesia-based SCS therapies can cause unexpected jolts or shocks when a patient bends, twists, or changes posture, and must be turned off while driving or sleeping.  Nevro's HF10 therapy does not have any such restrictions.

19.     Nevro's unique—and demonstrably superior—SCS technology has been the key to Nevro breaking into the United States SCS market.

20.     Nevro has protected its innovative SCS technology through an extensive patent portfolio of over 200 issued U.S. and international patents, including the patents asserted in this action.  Nevro's patents cover many aspects of its pioneering technology, including high frequency SCS systems and devices, methods of treating patients with paresthesia-free systems

and devices, and methods of programming such systems and devices. Nevro is widely known in the SCS industry as the exclusive provider of high frequency, paresthesia-free therapy.

21. Nevro complies with and has complied with 35 U.S.C. § 287, and marks its patented products pursuant to 35 U.S.C. § 287(a).

**Nalu's Infringement of Nevro's Patented Technology**

22. Nalu represents that the Nalu Neurostimulation System can be used for SCS treatment of chronic, intractable pain of the trunk and/or limbs, including unilateral or bilateral pain.

23. The Nalu Neurostimulation System includes an implantable device, referred to by Nalu as an "implantable pulse generator (IPG)"[2] or an "Implantable Neuro Stimulator (INS)."[3]

24. The Nalu IPG is "intended to provide relief from chronic pain by electrically stimulating the spinal cord."[4] The IPG "provides electrical stimulation pulses that are transmitted through the leads, through the dura, to the desired spinal cord site."[5]

25. The Nalu IPG "is not simply a conduit for generating electrical impulses controlled by the external unit, but acts to help control therapy delivery (i.e. a pulse generator)."[6] The Nalu IPG includes an embedded receiver and flexible circuit board.[7]

---

[2]   (Ex. 3, FDA Letter Re: 510k Premarket Notification, at 5-2 ("Nalu FDA Clearance"), *available at* http://www.accessdata.fda.gov/cdrh_docs/pdf18/K183047.pdf.)

[3]   (Ex. 4, Nalu Medical Inc, External Transmitter Module (ETM) Instructions for Use ("Nalu IFU") at 3, *available at* https://usermanual.wiki/Nalu-Medical/34001-001/pdf.)

[4]   (*Id.*)

[5]   (Ex. 4, Nalu FDA Clearance at 5-2.)

[6]   (Ex. 5, Poree *et al.*, Design Elements and Clinical Needs for a Novel, Miniaturized Spinal Cord Stimulator System at Results.)

[7]   (Ex. 3, Nalu FDA Clearance at 5-7.)

26. The Nalu IPG "is implanted in the body and connects to leads in the epidural space" and the leads are "designed to deliver electrical pulses to the spinal cord in the epidural space via an array of eight cylindrical electrodes at the distal end. Leads may be integrated with or connected to the IPG."[8]

27. The Nalu IPG and the Nalu leads are depicted below:


[9]

28. The Nalu Neurostimulation System is "available in two different implant architectures: an 'integrated' system with preattached leads and a 'ported' system where leads may be attached, via connector ports."[10]

29. The Nalu IPG is powered by an externally-worn, battery-powered device that Nalu refers to as the "Therapy Disc" or "External Transmitter Module (ETM)."[11]

30. The Therapy Disc powers the IPG using RF wireless transmission of energy.[12]

---

[8]   (Ex. 4, Nalu IFU at 5; *see also* Ex. 3, Nalu FDA Clearance at 5-2.)

[9]   (Ex. 4, Nalu IFU at 4.)

[10]  (Ex. 3, Nalu FDA Clearance at 5-2.)

[11]  (Ex. 4, Nalu IFU at 3; Ex. 3, Nalu FDA Clearance at 5-3.)

[12]  (Ex. 3, Nalu FDA Clearance at 5-3.)

31. The Nalu Neurostimulation System is configured using a Clinician Programmer Application during surgery and programming.[13] During this process, "[t]he programmer is responsible for configuring the devices to deliver therapy according to clinician defined levels and patient preferences[.]"[14] (*Id.*) It is standard industry practice for the programmer to be an employee or agent of the SCS device company.

32. Nalu represents in its user manual that the available stimulation parameters for the Nalu Neurostimulation System include frequencies of 1 Hz to 10,000 Hz, pulse widths of 10 μsec to 2 ms, and amplitudes of 0 μA to 10.2 mA:

| Parameter | Range |
| --- | --- |
| Frequency | 1Hz - 10kHz |
| Pulse Width | 10μsec – 2ms |
| Amplitude | 0μA - 10.2mA |

[15]

33. Nalu has received FDA clearance to promote the Nalu Neurostimulation System in the United States using pulse frequencies of 2 Hz to 1,500 Hz, pulse widths of 12 to 1000 μsec, and amplitudes of 0 to 10.2 mA.[16]

34. Further, according to a presentation at the North American Neuromodulation Society ("NANS") 2019 Annual Meeting regarding a multi-center clinical study using the Nalu Neurostimulation System, "no intra-operative paresthesia mapping" was needed for the study and the pain relief was "paresthesia-independent." Recently the term "paresthesia independent" has become a way for manufactures to indicate that the therapy is "paresthesia free." A poster that appears to describe the same or related multi-center clinical

---

[13]   (*Id.*)
[14]   (*Id.*)
[15]   (Ex. 4, Nalu IFU at 10.)
[16]   (Ex. 3, Nalu FDA Clearance at 5-10.)

study also states that the "[s]ubjects also demonstrated better pain relief when leads were positioned anatomically versus physiologically," and that "[p]atients reported no paresthesias" when using the Nalu Neurostimulation System.[17]

35. The NANS 2019 presentation concerned using the Nalu Neurostimulation System to treat chronic, intractable lower back and/or leg pain.

36. Moreover, two study abstracts presented at the NANS 2019 Annual Meeting, and co-authored by Nalu's Vice President of Scientific and Clinical Affairs Jim Makous, as well as Nalu consultants and board members, disclose a "paresthesia-free epidural stimulation pattern" and testing of both "paresthesia and paresthesia-free stimulation patterns."[18]

37. Nalu has already made a "limited commercial launch" of the Nalu Neurostimulation System in the United States and plans to make a "full commercial launch in 2020":

> **Nalu Medical, Inc.**
> 1,576 followers
> 3w
>
> Looking forward to a very exciting NANS and 2020!
>
> We have successfully completed our limited commercial launch in the US in 2019 and we are ramping up for full commercial launch in 2020.
>
> Please stop by our booth at NANS and learn about our technology, plans, and training opportunities in both #SCS and #PNS.

[19]

---

[17] (Ex. 6, Salmon *et al.*, Results from a Prospective, Multi-Center Clinical Study Testing a Novel, Pulsed Spinal Cord Stimulation Pattern, *available at* http://www.painresearch.co.uk/Posters_files/Results%20from%20a%20Prospective,%20Multi-Center%20Clinical%20Study%20Testing%20a%20Novel,%20Pulsed%20Spinal%20Cord%20Stimulation%20Pattern%2019Dec2018.pdf.)

[18] (Ex. 5, Salmon *et al.*, Superiority of Anatomically Based Lead Placements When Utilizing a Hybrid SCS Stimulation Pattern; Ex. 7, Verrills *et al.*, Results from a Prospective, Multi-Center Clinical Study Testing a Novel, Hybrid Spinal Cord Stimulation Pattern.)

[19] (https://www.linkedin.com/company/nalu-medical-inc/.)

9

38. Nalu's activities, unless restrained, will cause irreparable injury to Nevro for which Nevro has no adequate remedy at law.

**FIRST CAUSE OF ACTION**
(Infringement of U.S. Patent No. 10,471,258)

39. Nevro incorporates the foregoing allegations by reference.

40. Nevro is the owner of all right, title, and interest in and to U.S. Patent No. 10,471,258 (the '258 patent). The '258 patent issued on November 12, 2019, and is entitled "Selective high frequency spinal cord modulation for inhibiting pain with reduced side effects, and associated systems and methods." A copy of the '258 patent is attached as Exhibit 1.

41. The claims of the '258 patent cover a spinal cord system for treating a patient. For example, claim 1 covers: a spinal cord modulation system for treating a patient, the system comprising: a pulse generator that, in operation, generates a non-paresthesia-producing therapy signal, wherein at least a portion of the therapy signal has a frequency in a frequency range between 1.5 kHz and 15 kHz; one or more implantable electrical contacts electrically coupled to the pulse generator and designed to deliver the therapy signal to the patient's spinal cord region; and an external power source, wherein the external power source is wirelessly coupleable to the pulse generator to transmit power to the pulse generator via RF signals.

42. The Nalu Neurostimulation System is a spinal cord modulation system for treating a patient, which includes a pulse generator that, in operation, generates a non-paresthesia-producing therapy signal. Nalu represents in its user manual that the Nalu Neurostimulation System generates frequencies up to and including 10,000 Hz and Nalu has FDA clearance to market the system in the United States for use at frequencies up to and including 1,500 Hz. The Nalu Neurostimulation System includes implantable leads with electrical contacts electrically coupled to the pulse generator, which are designed to deliver the

therapy signal to the patient's spinal cord region.  The Nalu Neurostimulation System includes an external power source, referred to by Nalu as the Therapy Disc.  The Therapy Disc is wirelessly coupleable to the pulse generator to transmit power to the pulse generator via RF signals.

43. Nalu has infringed and continues to infringe one or more claims of the '258 patent by using the Nalu Neurostimulation System in the United States, selling the Nalu Neurostimulation System in the United States, and/or offering to sell the Nalu Neurostimulation System in the United States.  Nalu has infringed and continues to infringe the '258 patent by manufacturing the Nalu Neurostimulation System in the United States and/or importing the Nalu Neuromodulation System into the United States, and/or has infringed the '258 patent pursuant to 35 U.S.C. § 271(f)(1)-(2) through export of the Nalu Neurostimulation System from the United States.  Nevro anticipates that discovery will reveal further details about the manufacturing location and import or export process for the Nalu Neurostimulation System.

44. Nalu's infringement is without the consent of Nevro.  Nalu is not licensed under the '258 patent.

45. Nevro marks its patented products pursuant to 35 U.S.C. § 287(a).

46. As a result of Nalu's infringement, Nevro has suffered damages and will continue to suffer damages, including damages awardable under 35 U.S.C. §§ 284 and 285.  Nevro has no adequate legal remedy.  Unless enjoined by this Court, Nalu's infringement will cause Nevro substantial and irreparable harm.  Under 35 U.S.C. § 283, Nevro should be awarded an injunction barring Nalu from further infringement of the '258 patent.

## SECOND CAUSE OF ACTION
(Infringement of U.S. Patent No. 9,333,358)

47. Nevro incorporates the foregoing allegations by reference.

48. Nevro is the owner of all right, title, and interest in and to U.S. Patent No. 9,333,358 (the '358 patent). The '358 patent issued on May 10, 2016, and is entitled "Selective high frequency spinal cord modulation for inhibiting pain with reduced side effects, and associated systems and methods." A copy of the '358 patent is attached as Exhibit 2.

49. The claims of the '358 patent cover a spinal cord modulation system for treating a patient. For example, claim 1 covers a system comprising: an implantable signal delivery device configured for delivering a therapy signal to one or more locations in the patient's spinal cord region; a signal generator programmed to generate a non-paresthesia-producing therapy signal, wherein at least a portion of the therapy signal has a frequency in a frequency range between 1.5 kHz and 50 kHz at an amplitude that provides pain relief without generating paresthesia; and wherein the signal generator is in electrical communication with the implantable signal delivery device; and a power source, wherein the power source is configured to power the signal generator.

50. The Nalu Neurostimulation System is a spinal cord modulation system for treating a patient, which includes an implantable signal delivery device configured to deliver a therapy signal to one or more locations in the patient's spinal cord that, in operation, generates a non-paresthesia-producing therapy signal. Nalu represents in its user manual that the Nalu Neurostimulation System generates frequencies up to and including 10,000 Hz and Nalu has FDA clearance to market the system in the United States for use at frequencies up to and including 1,500 Hz. The Nalu Neurostimulation System has a signal generator that is in

electrical communication with the implantable signal delivery device and a power source, referred to by Nalu as the Therapy Disc, that is configured to power the signal generator.

51. Nalu has infringed and continues to infringe one or more claims of the '358 patent by using the Nalu Neurostimulation System in the United States, selling the Nalu Neurostimulation System in the United States, and/or offering to sell the Nalu Neurostimulation System in the United States. Nalu has infringed and continues to infringe the '358 patent by manufacturing the Nalu Neurostimulation System in the United States and/or importing the Nalu Neuromodulation System into the United States, and/or has infringed the '358 patent pursuant to 35 U.S.C. § 271(f)(1)-(2) through export of the Nalu Neurostimulation System from the United States. Nevro anticipates that discovery will reveal further details about the manufacturing location and import or export process for the Nalu Neurostimulation System.

52. Nalu's infringement is without the consent of Nevro. Nalu is not licensed under the '358 patent.

53. Nevro marks its patented products pursuant to 35 U.S.C. § 287(a).

54. As a result of Nalu's infringement, Nevro has suffered damages and will continue to suffer damages, including damages awardable under 35 U.S.C. §§ 284 and 285. Nevro has no adequate legal remedy. Unless enjoined by this Court, Nalu's infringement will cause Nevro substantial and irreparable harm. Under 35 U.S.C. § 283, Nevro should be awarded an injunction barring Nalu from further infringement of the '358 patent.

**PRAYER FOR RELIEF**

WHEREFORE, Nevro prays for relief as follows:

1. A judgment that Nalu has infringed one or more claims of U.S. Patent Nos. 10,471,258 and 9,333,358;

2. An order and judgment temporarily, preliminarily and permanently enjoining Nalu and its officers, directors, agents, servants, employees, and all others acting in privity or in concert with them, and their parents, subsidiaries, divisions, successors and assigns, from further acts of infringement of U.S. Patent Nos. 10,471,258 and 9,333,358;

3. A judgment awarding Nevro all damages suffered by Nevro as a result of Nalu's infringement, and in no event less than a reasonable royalty for Nalu's acts of infringement, including all pre-judgment and post-judgment interest at the maximum rate permitted by law;

4. A judgment finding this an exceptional case pursuant to 35 U.S.C. § 285;

5. Costs of suit and reasonable attorney fees; and

6. Any other remedy to which Nevro may be entitled.

## DEMAND FOR JURY TRIAL

Nevro demands a trial by jury on all issues so triable in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
ccucuzzella@mnat.com

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Kenneth A. Kuwayti
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600

*Attorneys for Plaintiff Nevro Corp.*

February 28, 2020