IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEVRO CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NALU MEDICAL, INC., ) <br> ) <br> Defendant. ) | C.A. No. 20-291 (CFC) |

## NEVRO'S RESPONSE TO NALU'S MOTION TO DISMISS

Plaintiff Nevro Corp. ("Nevro") hereby responds to Defendant Nalu Medical, Inc.'s ("Nalu") Motion to Dismiss Under Rule 12(b)(6).  (D.I. 9.)

Pursuant to Fed. R. Civ. P. 15(a) and the parties' Stipulation and Order to Extend Time (D.I. 13), Nevro has filed a First Amended Complaint.  By filing its First Amended Complaint, Nevro does not concede that Nalu's motion has merit.  Nevro's Complaint met and exceeded the requirements to plead a claim for patent infringement.  *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (plaintiff need only plead "factual content … [that] allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged."); *Erickson v. Pardus*, 551 U.S. 89, 93 (2007) ("Specific facts are not necessary; the statement need only 'give the defendant fair notice of what the ... claim is and the grounds upon which it rests.'") (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007)).

Because Nevro's First Amended Complaint is now the operative pleading, Nalu's motion to dismiss the original Complaint should be denied as moot. *See Thompson v. TCT Mobile, Inc.*, C.A. No. 19-899-RGA, D.I. 17 (D. Del. Sept. 12, 2019) (denying motion to dismiss as moot in light of filing of amended complaint); *Calloway v. Green Tree Servicing, LLC*, 599 F. Supp. 2d 543, 546 (D. Del. 2009) ("As the amended complaint has superseded the original, defendant's motion to dismiss has become moot. Accordingly, the court dismisses defendant's motion.").

Nevro respectfully requests that the Court deny Nalu's motion to dismiss as moot.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
ccucuzzella@mnat.com

*Attorneys for Plaintiff Nevro Corp.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-7000

Kenneth A. Kuwayti
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
(650) 813-5600

June 1, 2020

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 1, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON LLP<br>P.O. Box 951<br>Wilmington, DE  19899<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| A. James Isbester, Esquire<br>Megan M. Chung, Esquire<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>12255 El Camino Real, Suite 250<br>San Diego, CA  92130<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Maureen P. Long, Esquire<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1001 West Fourth Street<br>Winston-Salem, NC  27101-2400<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)