# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEVRO CORP., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 20-291-CFC |
| NALU MEDICAL, INC., | ) |
| Defendant. | ) |

## DEFENDANT NALU MEDICAL, INC.'S NOTICE OF FILING OF PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 9,333,357

Defendant Nalu Medical, Inc. ("Nalu"), by and through its counsel, hereby files this notice to advise the Court that Nalu filed a petition for *inter partes* review ("IPR") of US Patent No. 9,333,357 ("'357 Patent") with the United States Patent Trial and Appeal Board ("the Board"), case number IPR2021-01023, on Friday, May 28, 2021. The '357 patent is one of the six asserted patents by Plaintiff Nevro Corp. ("Nevro") in this action. The petition identified Nalu as the real party in interest and identified the above captioned action as a related matter.

Nalu expects the Board to formally accord this petition a filing date within two weeks. The Board's institution decision for this petition is expected within six months from the filing date. If the proceeding is instituted, Nalu anticipates that the Board will issue a final written decision within one year of the date that it issues its institution decision.

- 2 -

Nalu's IPR challenges the validity of all claims in the '357 Patent asserted by Nevro in this litigation (claims 1 through 36).  In the event the Board institutes the review, Nalu anticipates filing a motion to stay litigation commensurate with the institution decision.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| A. James Isbester<br>Megan M. Chung<br>Byron Chin<br>Edward J. Mayle<br>Kathleen R. Geyer<br>KILPATRICK TOWNSEND &<br>STOCKTON LLP<br>12255 El Camino Real, Suite 250<br>San Diego, CA  92130<br><br>Dated:  June 8, 2021<br>7221633 | By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com<br><br>*Attorneys for Defendant* |